UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY CARDENAZ, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLP RESOURCES, a Delaware Corporation, and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.  12cv2598-JM-RBB<br><br>Assigned to:<br>Hon. Jeffrey T. Miller<br>Hon. Magistrate Ruben B. Brooks<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS (1) INDIVIDUAL CLAIMS WITH PREJUDICE AND (2) CLASS, COLLECTIVE AND REPRESENTATIVE CLAIMS WITHOUT PREJUDICE** |

Before this Court is the parties' Joint Motion to Dismiss (1) Individual Claims with Prejudice and (2) Class, Collective and Representative Claims without Prejudice ("Motion"). Having reviewed the Motion and being advised the parties have reached a confidential settlement agreement, it appears to the Court that good cause exists to grant the Motion.

Therefore, it is hereby **ORDERED AND ADJUDGED** that the parties' settlement is **APPROVED** by the Court.

**IT IS HEREBY FURTHER ORDERED THAT**:

1. Plaintiff's individual claims shall be, and hereby are, dismissed *with prejudice*

pursuant to Federal Rules of Civil Procedure, Rule 41;

2. Plaintiff's class, collective and representative claims shall be, and hereby are, dismissed *without prejudice* pursuant to Federal Rules of Civil Procedure, Rule 41;

3. Nothing in this Order, the parties' Joint Motion, or the parties' Stipulation shall render any party a "prevailing party" for purposes of an award of attorney fees, costs, or otherwise; and

4. Each party shall bear her/its own attorneys' fees and costs in this action.

**IT IS SO ORDERED.**

Dated: June 18, 2013

_____
Hon. Jeffrey T. Miller
UNITED STATES DISTRICT JUDGE